UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAWRENCE BARRA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILSON, ZIEGLER, and SCOTTI,<br><br>  Defendants. | No.  1:24-cv-00069-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 15 |

      Plaintiff Anthony Lawrence Barra is proceeding pro se and in forma pauperis in this prisoner action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 8, 2024, the court screened Plaintiff's complaint and directed plaintiff to show cause why his case should not be dismissed for failure to exhaust administrative remedies. Doc. 7.  After plaintiff filed a response, the Court discharged the order to show cause. Docs. 8, 9.  Plaintiff then filed a first amended complaint ("FAC").  Doc. 10.  On March 14, 2024, the magistrate judge screened the FAC and found it failed to state a cognizable claim. Doc. 12.  Plaintiff timely filed a second amended complaint ("SAC").  Doc. 13.

      On April 18, 2024, the magistrate judge screened the SAC and issued findings and recommendations, recommending dismissal for failure to state a cognizable claim for relief. Doc. 15.  The magistrate judge found that plaintiff's two claims were improperly joined and that

1

plaintiff failed to state a cognizable claim. *Id.* at 5–8. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days of service. *Id*. at 9-10. Plaintiff has not filed any objections and the time to do so has passed. *See* docket.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. After carefully reviewing the file, the court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED:

1. The findings and recommendations issued on April 18, 2024, Doc. 15, are ADOPTED IN FULL.
2. This action is DISMISSED.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  July 31, 2024

UNITED STATES DISTRICT JUDGE